## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re:                                          |
                                                |
    LEONARD WORSHAM                    |     Case No. 10-21815 WIL
                                                |     Chapter 13
        Debtor(s)                   |

### TRUSTEE'S CONSENT TO THE CREDITOR'S MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE DEBTOR'S TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case, consents herein to Creditor's motion for authority to modify the existing first mortgage on the Debtor's principal property, and states:

a.) That the Creditor has provided the Trustee with the terms of the loan modification.

b.) The Trustee advises the Court that the only significant change to this case will be the removal of the claim for pre-petition arrears to creditor Nationstar Mortgage. The Trustee expects the Debtor to continue to make regular chapter 13 plan payments.

c.) The Trustee will consent to the loan modification under the conditions that: 1) the Debtor provides a copy of the signed loan agreement to the Trustee upon completion of the transaction, and 2) the Creditor withdraws or amends the proof of claim within 30 days of the completion of the transaction.

**WHEREFORE**, for the foregoing reasons, the Trustee moves this Honorable Court to authorize the loan modification.

Date:   November 11, 2013              Respectfully submitted,

                                       **/s/ Nancy Spencer Grigsby**
                                       Nancy Spencer Grigsby
                                       Chapter 13 Trustee
                                       4201 Mitchellville Road #401
                                       Bowie, Maryland 20716
                                       ngrigsby@ch13md.com
                                       mmclean@ch13md.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Consent was served on November 11, 2013 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Leonard Worsham
2434 Huntwood Court
Frederick, MD 21702
*Debtor(s)*

Charles Maynard, Esq.
401 East Jefferson Street
Suite 208
Rockville, MD 20850
*Attorney for Debtor(s)*

Michael T. Cantrell, Esql
McCabe, Weisberg & Conway
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
*Attorney for Creditor*

Bank of America, N.A.
7105 Corporate Drive
Mail Stop TX2-982-0303
Plano, TX 45024
*Creditor*

                                       **/s/ Nancy Spencer Grigsby**
                                       Chapter 13 Trustee